**STATE of Missouri, Respondent,**

v.

**Mark D. PATTON, Appellant.**

**No. WD 39229.**

Missouri Court of Appeals,
Western District.

Oct. 27, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 1, 1987.

Application to Transfer Denied
Jan. 20, 1988.

Thomas J. Marshall, Public Defender, Moberly, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and
SHANGLER and LOWENSTEIN, JJ.

PER CURIAM:

ORDER

Appeal from conviction of possession of a controlled substance in or about the premises of a correctional institution, § 217.360.1(1) RSMo 1986, and sentence of five years' imprisonment.

Affirmed. Rule 30.25(b).